JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDITH E. RIVAS DE PORTILLO, ) | Case No. 5:15-cv-02398-SP |
| Plaintiff, ) | |
| ) | **JUDGMENT OF REMAND** |
| v. ) | |
| CAROLYN W. COLVIN, ) Acting Commissioner ) of Social Security, ) | |
| Defendant. ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 11, 2016



HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE