# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH E. RIVAS DE PORTILLO, | ) Case No.: 5:15-cv-02398-SP |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3400 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: September 1, 2016

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-